| | | | |
|---|---|---|---|
| Case No. | CV 18-10530 PSG (SSx) | Date | February 21, 2019 |
| Title | David McDonald v. JPMorgan Chase Bank, N.A., et al. | | |

| | |
|---|---|
| Present: The Honorable | Philip S. Gutierrez, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order REMANDING the case to state court

On January 25, 2019, the Court ordered Defendant JPMorgan Chase Bank, N.A. ("Defendant") to show cause in writing no later than February 15, 2019 why the case should not be remanded to state court for lack of subject matter jurisdiction. *See* Dkt. # 12. Specifically, Defendant was ordered to explain why more than $75,000 is in controversy, as is necessary to support diversity jurisdiction. *See id.*

Defendant has not responded to the Order to Show Cause. Instead, Plaintiff filed a notice of settlement indicating that the parties have reached a conditional settlement and intend to file a notice of dismissal once the settlement is finalized. *See* Dkt. # 13. The notice provided no further explanation for why this Court has jurisdiction over the case. *Id.*

Regardless of whether the parties anticipate dismissing the case in the near future, it cannot remain in this Court pending dismissal if the Court does not have jurisdiction over it. As the Court explained in the Order to Show Cause, it does not believe that it has jurisdiction, and the parties have supplied no information to the contrary.

Accordingly, the Court **REMANDS** the case to Los Angeles Superior Court, No. 18STCV05403. This order closes the case.

**IT IS SO ORDERED**.